UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Tabitha Shai Byrd

Case No. 06-56302
Judge Walter Shapero
Chapter 13

_____Debtor(s)_____/

## PROPOSED MODIFICATION OF PLAN POST-CONFIRMATION

NOW COMES Debtor(s), by and through their attorney, John A. Steinberger, and for the Proposed Modification of Plan Post-Confirmation state as follows:

1. Debtor is 41 months into a 60 month plan that yields 15% to unsecured creditors.
2. Debtor(s) seeks to modify the plan Debtor wishes to do the following:
    a. surrender her home and move in with a family member who will charge the Debtor rent.
    b. Debtor received a partial tax refund for 2009 after her previous year's refunds were all taken by the IRS to satisfy old tax debt. Debtor seeks to modify her plan to excuse the portion of the 2009 tax refund because her husband was not working for thirteen months prior to his starting a new job in January 2010.
3. The modification seeks to change the following terms of the plan:
    a. Excuse the partial tax refund for the year 2009
    b. Reduce the payment from $754.90 semi-monthly to $640 semi-monthly as of the date this plan modification is effective.
    c. Increase the percentage paid to unsecured creditors from 15% to 100%
    d. Excuse all future tax refunds as the unsecured creditors are being paid in full.
    e. Surrender the following property located 129696 Riverview St., Detroit, MI 48223 and lift the automatic stay in regard to that property and have the Trustee cease payments to Name creditor.
4. The modification affects the classes of creditors as follows: The Class two and four mortgage creditor will receive nothing but their home back. The Class five vehicle creditor will receive its claim sooner as they step

into the role of the highest creditor in class. The Class 8 general unsecured creditors will receive their full claims.

5. That all other terms of the confirmed plan, as last modified, shall remain in full force and effect.

6. Attached is the Liquidation Analysis and Worksheet, plan calculation, tax returns and paystubs.

Wherefore Debtor(s) pray that the Court grant the relief requested above.

Dated: 8/24/2010

/s/
Noel Aaron Cimmino P61176
John A. Steinberger & Associates, P.C.
17515 W. 9 Mile Rd. Ste 420
Southfield, MI 48075
(248) 559-4055
John@steinbergerlaw.com

## 13Network

Enter Case Number, Name, Social Security Number, or @1st Address Line :

JOHN STEINBERGER   Case Query   Calendar

**PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |**

**06-56302-WSD**   TABITHA S BYRD   (xxx-xx-2762)   12696 RIVERVIEW • • DETROIT • MI • 48223   $754.90 SM/

Trustee: Tammy L. Terry   Attorney: STEINBERGER & ASSOCIATES P C

The data on these pages has not been audited and is provided for general information only.

41 Month(s) since Confirmation   UP = $0.00   TPI = $68,244.79   BOH = $1,509.80

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
|  | **ATTORNEY FEE** | | | | | | | |
| 1 | STEINBERGER & ASSOCIATES P C | $2,344.00 | | | | $500.00 | | |
|  | **A-ARREARS** | | | | | | | |
| 2 | US BANK HOME MORTGAGE | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
|  | **E-LEASE** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
|  | **F-ADM EXP CLAIM** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
|  | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
|  | **J-GAP Mortgage or Lease** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
|  | **M-MORTGAGE** | | | | | | | |
| 10 | US BANK HOME MORTGAGE | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
|  | **P-PRIORITY** | | | | | | | |
| 13 | CITY OF DETROIT | $3,826.67 | | | | | | |
| 14 | ADDED CREDITOR | | | | | | | |
| 15 | ADDED CREDITOR | | | | | | | |
|  | **S-SECURED** | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
|  | **V- VEHICLE** | | | | | | | |
| 18 | TOYOTA MOTOR CREDIT CORP | $17,037.29 | | $5,365.21 | 9.5000 | $357.81 | $5,733.95 | 16 |
| 19 | ADDED CREDITOR | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
|  | **WATER BILL** | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |

Change Line# 0   OK   Plan Terms 17   Calc   Unsecured % 100   Calc   Due to Cred
Restart   In from De

Trustee's % 5.4
Lump Sum $ 0.00
Delete Line 0   OK

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd | Calc |
|---|---|---|---|---|
| COMPUWARE | $637.32 | SEMI-MONTHLY | $ | ? |
| TABITHA S BYRD | $0.00 | WEEKLY | $ | ? |

**Debtor 2 P**
Who's Payir
DEBTOR

Tammy L. Terry - Detroit, MI   Your Chapter 13 Information Management System   ©2004 BSS LLC.

# Compuware

Compuware Corporation
One Campus Martius
Detroit, Michigan 48226

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  MI: 0
  Detroit: 0

Social Security Number: XXX-XX-

## Earnings Statement

Period Ending: 08/15/2010
Pay Date: 08/13/2010

00000002357
TABITHA S BYRD
12696 RIVERVIEW STREET
DETROIT MI 48223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1664.58 | 86.67 | 1,664.58 | 24,268.70 |
| Gross Pay | | | $1,664.58 | 24,268.70 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 1.35 | 18.71 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -203.34 | 2,874.68 |
| | Social Security Tax | -99.31 | 1,446.25 |
| | Medicare Tax | -23.23 | 338.24 |
| | MI State Income Tax | -69.68 | 1,014.68 |
| | Detroit Income Tax | -40.05 | 583.11 |
| **Other** | | | |
| | Bankruptcy | -754.90 | 11,323.50 |
| | Bcbs Std Med | -50.00* | 750.00 |
| | Checking | -300.38 | 4,082.89 |
| | Dental Std | -8.00* | 120.00 |
| | Dep Life 20 | -1.50 | 22.50 |
| | Fam Add X2 | -1.08* | 16.20 |
| | Ltd 60%P-Tax | -0.24* | 3.60 |
| | Vision Vsp | -4.73* | 70.95 |
| | 401K Loan 1 | -50.23 | 753.45 |
| | 401K Loan 2 | -57.91 | 868.65 |
| **Net Pay** | | **$0.00** | |

### Important Notes
YOUR SALARY RATE HAS BEEN CHANGED FROM 1,614.58 TO 1,664.58.

*Salaried Debtors stub* (handwritten)

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,601.88

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Compuware

Compuware Corporation
One Campus Martius
Detroit, Michigan 48226

Advice number: 00000320301
Pay date: 08/13/2010

Deposited to the account of
TABITHA S BYRD

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1929 | xxxx xxxx | $300.38 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO |
|----|------|------|-------|---------|
| MAM | 007657 | 304100 | | 0000330336 1 |

023-0017

**Earnings Statement**

ADP

JACOBSON COMPANIES  
3811 DIXON STREET  
DES MOINES, IA 50313

Period Beginning: 08/01/2010  
Period Ending: 08/14/2010  
Pay Date: 08/20/2010

Taxable Marital Status: Married  
Exemptions/Allowances:  
   Federal: 0,$5 Additional Tax  
   MI: 1

00000000298  
RAMON R BYRD  
12696 RIVERVIEW ST  
DETROIT MI 48223

*Husband's stub*  
*16th Stub of Yr.*

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 80.00 | 1,000.00 | 15,410.13 |
| Overtime | 18.7500 | 21.00 | 393.75 | 5,655.48 |
| Funeral | 12.5000 | 8.00 | 100.00 | 100.00 |
| Holiday | | | | 200.00 |
| **Gross Pay** | | | **$1,493.75** | 21,365.61 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -115.61 | 1,544.09 |
| | Social Security Tax | -92.61 | 1,324.67 |
| | Medicare Tax | -21.66 | 309.80 |
| | MI State Income Tax | -55.06 | 801.09 |
| | **Other** | | |
| | Savings | -1,119.18 | |
| | 401K | -89.63* | 734.46 |
| | Paycard | | 1,052.11 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,404.12

---

JACOBSON COMPANIES  
3811 DIXON STREET  
DES MOINES, IA 50313

Advice number: 00000330336  
Pay date: 08/20/2010

Deposited to the account of  
RAMON R BYRD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3088 | xxxx xxxx | $1,119.18 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| MAM | 007657 | 304100 | | 0000210290 | 1 |

016-0017

JACOBSON COMPANIES
3811 DIXON STREET
DES MOINES, IA 50313

# Earnings Statement

**ADP**

Period Beginning: 05/09/2010
Period Ending: 05/22/2010
Pay Date: 05/28/2010

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0,$5 Additional Tax
    MI: 1

00000000251
RAMON R BYRD
12696 RIVERVIEW ST
DETROIT MI 48223

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.5000 | 80.00 | 1,000.00 | 9,660.13 |
| Overtime | 18.7500 | 8.00 | 150.00 | 1,714.79 |
| **Gross Pay** | | | **$1,150.00** | 11,374.92 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -67.15 | 705.43 |
| | Social Security Tax | -71.30 | 705.25 |
| | Medicare Tax | -16.68 | 164.94 |
| | MI State Income Tax | -41.00 | 428.71 |
| | **Other** | | |
| | Savings | -884.87 | |
| | 401K | -69.00* | 135.00 |
| | Paycard | | 1,052.11 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,081.00

---

JACOBSON COMPANIES
3811 DIXON STREET
DES MOINES, IA 50313

Advice number: 00000210290
Pay date: 05/28/2010

**Deposited to the account of**
RAMON R BYRD

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx3088 | xxxx xxxx | $884.87 |

**NON-NEGOTIABLE**

# Form 1040 — U.S. Individual Income Tax Return — 2006

Department of the Treasury - Internal Revenue Service
(99) — OMB No. 1545-0074 — IRS Use Only—Do not write or staple in this space.

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2006, or other tax year beginning , 2006, ending , 20

- Your first name and initial: RAMON
- Last name: BYRD
- Your social security number:
- If a joint return, spouse's first name and initial: TABITHA S
- Last name: BYRD
- Spouse's social security number:
- Home address (number and street): 12696 RIVERVIEW AVE
- Apt. no.:
- City, town or post office, state, and ZIP code: DETROIT MI 48223

You **must** enter your SSN(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ [X] You [X] Spouse

Checking a box below will not change your tax or refund.

**Filing Status** (Check only one box.)
1. ☐ Single
2. [X] Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 17.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

**Exemptions**

- 6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b [X] Spouse
- Boxes checked on 6a and 6b: **2**
- c Dependents: (none listed)
- No. of children on 6c who: lived with you / did not live with you due to divorce or separation (see page 20)
- Dependents on 6c not entered above
- d Total number of exemptions claimed — Add numbers on lines above ▶ **2**

**Income** — Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 23. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 59,205 |
| 8a | Taxable interest. Attach Schedule B if required | 1 |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 23) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 259 |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see page 25) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see page 26) | 1,500 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 7,020 |
| 20a | Social security benefits | |
| 20b | Taxable amount (see page 27) | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 67,985 |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Archer MSA deduction. Attach Form 8853 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 29) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 31) | |
| 33 | Student loan interest deduction (see page 33) | |
| 34 | Jury duty pay you gave to your employer | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 67,985 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 80.    EEA    Form 1040 (2006)

Form 1040 (2006) RAMON & TABITHA S BYRD                                                                                                  Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 67,985 |
| | 39a | Check if: [ ] You were born before January 2, 1942, [ ] Blind. [ ] Spouse was born before January 2, 1942, [ ] Blind. Total boxes checked ▶ 39a | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 & check here ▶ 39b [ ] | | | |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 34. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 11,971 |
| | 41 | Subtract line 40 from line 38 | | 41 | 56,014 |
| | 42 | If line 38 is over $112,875, or you provided housing to a person displaced by Hurricane Katrina see page 36. Otherwise, multiply $3,300 by the total number of exemptions claimed on line 6d | | 42 | 6,600 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 49,414 |
| • All others: Single or Married filing separately, $5,150 | 44 | Tax (see page 36). Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | | 44 | 6,659 |
| | 45 | Alternative minimum tax (see page 39). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 ▶ | | 46 | 6,659 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| Married filing jointly or Qualifying widow(er), $10,300 | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 | Education credits. Attach Form 8863 | 50 | 1,451 | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| Head of household, $7,550 | 53 | Child tax credit (see page 42). Attach Form 8901 if required | 53 | | |
| | 54 | Credits from: a [ ] Form 8396 b [ ] Form 8839 c [ ] Form 8859 | 54 | | |
| | 55 | Other credits: a [ ] Form 3800 b [ ] Form 8801 c [ ] Form | 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | | 56 | 1,451 |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 57 | 5,208 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | | 63 | 5,208 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 6,891 | FORM 1099 |
| If you have a qualifying child, attach Schedule EIC. | 65 | 2006 estimated tax payments and amount applied from 2005 return | 65 | | |
| | 66a | **Earned income credit (EIC)** | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 60) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see page 60) | 69 | | |
| | 70 | Payments from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 | 70 | | |
| | 71 | Credit for federal telephone excise tax paid. Attach Form 8913 if required | 71 | 40 | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | | 72 | 6,931 |
| **Refund** Direct deposit? See page 61 and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | | 73 | 1,723 |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ [ ] | | 74a | 1,723 |
| | b | Routing number X X X X X X X X X ▶c Type: [ ] Checking [ ] Savings | | | |
| | d | Account number X X X X X X X X X X X X X X X X X | | | |
| | 75 | Amount of line 73 you want **applied to your 2007 estimated tax** ▶ | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 62 ▶ | | 76 | |
| | 77 | Estimated tax penalty (see page 62) | 77 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 63)? [ ] Yes. Complete the following. [X] No | | | | |
| | Designee's name ▶ | Phone no. ▶ | | Personal identification number (PIN) ▶ | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 17.
Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 65826 | 03-30-2007 | MANAGER | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| 42762 | | MANAGER | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 03-30-2007 | Check if self-employed [ ] | Preparer's SSN or PTIN P00184971 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | A-MAC ACCOUNTING SERVICE INC 15914 W MCNICHOLS RD DETROIT MI 48235-3544 | EIN 38-2958165 Phone 313-272-2280 | |

06-56302-wsd    Doc 41    Filed 08/25/10    Entered 08/25/10 09:18:34    Page 8 of 19

EEA                                                                                                                                Form **1040** (2006)



Department of the Treasury
**Internal Revenue Service**
Kansas City, MO 64999-0025

For assistance, call:
1-800-829-0922

Notice Number: CP49
Date: April 21, 2008

051498.487298.0169.004 1 AT 0.334 695

Taxpayer Identification Number:

Tax Form: 1040
Tax Year: December 31, 2007

TABITHA S BYRD
12696 RIVERVIEW ST
DETROIT MI 48223-3020961

For account of: RAMON & TABITHA S BYRD

## Overpaid Tax Applied to Other Taxes You Owe

We applied $329.00 of the overpaid tax on your 2007 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---:|
| Amount of Overpaid Tax on Your Return | $329.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $329.00 |
| Total Amount Applied | $329.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2005 | $329.00 | $3,353.34 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

B331124    , 48223    IRS USE ONLY    WI    70211-088-27976-8    200819 CP 4
                                              0 S



Department of the Treasury  
Internal Revenue Service  
Kansas City, MO 64999-0025

For assistance, call:  
1-800-829-0922

Notice Number: CP49  
Date: May 19, 2008

030384.497279.0154.003 1 AV 0.324 695



Taxpayer Identification Number:

Tax Form: 1040  
Tax Year: December 31, 2007

TABITHA S BYRD  
12696 RIVERVIEW ST  
DETROIT MI 48223-3020961

030384

For account of: RAMON & TABITHA S BYRD

## Overpaid Tax Applied to Other Taxes You Owe

We applied $1,200.00 of the overpaid tax on your 2007 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $1,200.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $1,200.00 |
| Total Amount Applied | $1,200.00 |
| Amount You Will Receive as a Refund (any interest due you will be added) | $.00 |

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2005 | $1,200.00 | $2,098.42 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

# Form 1040 — U.S. Individual Income Tax Return (2007)

Department of the Treasury - Internal Revenue Service

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

OMB. No. 1545-0074

IRS Use Only - Do not write or staple in this space.

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

- Your first name and initial: RAMON    Last name: BYRD
- Spouse's first name and initial: TABITHA S    Last name: BYRD
- Home address (number and street): 12696 RIVERVIEW AVE
- City, town or post office, state, and ZIP code: DETROIT  MI  48223

Your social security number: 
Spouse's social security number: 

You **must** enter your SSN(s) above.

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ [X] You  [X] Spouse

Checking a box below will not change your tax or refund.

## Filing Status (Check only one box.)

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 14)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- b [X] Spouse
- c Dependents: (none listed)
- d Total number of exemptions claimed

Boxes checked on 6a and 6b: 2
No. of children on 6c who: lived with you / did not live with you due to divorce or separation
Dependents on 6c not entered above:
Add numbers on lines above ▶ 2

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 55,525 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 19) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see page 21) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see page 22) | 1,500 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 7,747 |
| 20a | Social security benefits | |
| 20b | Taxable amount (see page 24) | |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 64,772 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 26) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 26) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ | |
| 32 | IRA deduction (see page 27) | |
| 33 | Student loan interest deduction (see page 30) | 628 |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 628 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 64,144 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.  EEA  Form 1040 (2007)

Form 1040 (2007) RAMON & TABITHA S BYRD — Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 64,144 |
| | 39a | Check if: ☐ You were born before January 2, 1943, ☐ Blind. ☐ Spouse was born before January 2, 1943, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 31 & check here ▶ 39b | | |
| **Standard Deduction for—** | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 13,827 |
| • People who checked any box on line 39a or 39b **or** who can be claimed as a dependent, see page 31. | 41 | Subtract line 40 from line 38 | 41 | 50,317 |
| | 42 | If line 38 is $117,300, or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | 42 | 6,800 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 43,517 |
| | 44 | Tax (see page 33). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 **c** ☐ Form(s) 8889 | 44 | 5,746 |
| • All others: Single or Married filing separately, $5,350 | 45 | **Alternative minimum tax** (see page 36). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 5,746 |
| | 47 | Credit for child and dependent care expenses. Attach Form 2441 — 47 | | |
| Married filing jointly or Qualifying widow(er), $10,700 | 48 | Credit for the elderly or the disabled. Attach Schedule R — 48 | | |
| | 49 | Education credits. Attach Form 8863 — 49 | | |
| | 50 | Residential energy credits. Attach Form 5695 — 50 | | |
| | 51 | Foreign tax credit. Attach Form 1116 if required — 51 | | |
| | 52 | Child tax credit (see page 39). Attach Form 8901 if required — 52 | | |
| Head of household, $7,850 | 53 | Retirement savings contributions credit. Attach Form 8880 — 53 | | |
| | 54 | Credits from: **a** ☐ Form 8396 **b** ☐ Form 8859 **c** ☐ Form 8839 — 54 | | |
| | 55 | Other credits: **a** ☐ Form 3800 **b** ☐ Form 8801 **c** ☐ Form — 55 | | |
| | 56 | Add lines 47 through 55. These are your **total credits** | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 57 | 5,746 |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | 58 | |
| | 59 | Unreported social security and Medicare tax from: **a** ☐ Form 4137 **b** ☐ Form 8919 | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required NO | 60 | 150 |
| | 61 | Advance earned income credit payments from Form(s) W-2, box 9 | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | 62 | |
| | 63 | Add lines 57 through 62. This is your **total tax** ▶ | 63 | 5,896 |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 — 64 | 6,225 | FORM 1099 |
| | 65 | 2007 estimated tax payments and amount applied from 2006 return — 65 | | |
| If you have a qualifying child, attach Schedule EIC. | 66a | **Earned income credit (EIC)** — 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) — 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 — 68 | | |
| | 69 | Amount paid with request for extension to file (see page 59) — 69 | | |
| | 70 | Payments from: **a** ☐ Form 2439 **b** ☐ Form 4136 **c** ☐ Form 8885 — 70 | | |
| | 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 — 71 | | |
| | 72 | Add lines 64, 65, 66a, and 67 through 71. These are your **total payments** ▶ | 72 | 6,225 |
| **Refund** | 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you **overpaid** | 73 | 329 |
| Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888. | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | 329 |
| | ▶ b | Routing number — Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 75 | Amount of line 73 you want **applied to your 2008 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | 76 | |
| | 77 | Estimated tax penalty (see page 61) — 77 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see page 61)? ☐ Yes. Complete the following. ☒ No

Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 13. Keep a copy for your records.

Your signature: 65826   Date: 03-27-2008   Your occupation: MANAGER   Daytime phone number:

Spouse's signature. If a joint return, **both** must sign: 42762   Date:   Spouse's occupation: MANAGER

**Paid Preparer's Use Only**

Preparer's signature ▶   Date: 03-27-2008   Check if self-employed ☐   Preparer's SSN or PTIN: P00211870

Firm's name (or yours if self-employed), address, and ZIP code ▶ W TAX TEAM   15914 W MCNICHOLS RD   Detroit MI 48235-3544   EIN: 25-4542212   Phone no. 313-272-2280

EEA   Form 1040 (2007)



Department of the Treasury
Internal Revenue Service
Kansas City, MO  64999-0025

For assistance, call:
1-800-829-0922

Notice Number: CP49
Date: April 6, 2009

069735.594613.0225.005 1 AT 0.346 690

Taxpayer Identification Number:

Tax Form: 1040
Tax Year: December 31, 2008

TABITHA S BYRD
12696 RIVERVIEW ST
DETROIT MI  48223-3020961

For account of: RAMON & TABITHA S BYRD

## Overpaid Tax Applied to Other Taxes You Owe

We applied $1,207.00 of the overpaid tax on your 2008 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---:|
| Amount of Overpaid Tax on Your Return | $1,207.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $1,207.00 |
| Total Amount Applied | $1,207.00 |
| Amount You Will Receive as a Refund | $.00 |

(Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.)

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---:|---:|
| 1040 | December 31, 2005 | $1,207.00 | $562.29 |

We wanted to ensure that both you and your spouse receive this notice, so we've sent a copy to each of you. Each copy contains the same information related to your joint account. Any amount you owe or balance due should be paid only once.

# Form 1040 — U.S. Individual Income Tax Return — 2008

Department of the Treasury - Internal Revenue Service

(99) IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2008, or other tax year beginning , 2008, ending , 20

OMB No. 1545-0074

**Label** (See instructions on page 14.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: RAMON
Last name: BYRD

If a joint return, spouse's first name and initial: TABITHA S
Last name: BYRD

Home address (number and street): 12696 RIVERVIEW AVE

City, town or post office, state, and ZIP code: DETROIT MI 48223

You **must** enter your SSN(s) above.

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) — [X] You [X] Spouse

## Filing Status (Check only one box.)

- 1. Single
- 2. [X] Married filing jointly (even if only one had income)
- 3. Married filing separately. Enter spouse's SSN above and full name here.
- 4. Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here.
- 5. Qualifying widow(er) with dependent child (see page 16)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- b [X] Spouse
- c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg 17) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Boxes checked on 6a and 6b: 2
No. of children on 6c who:
- lived with you
- did not live with you due to divorce or separation (see page 18)
Dependents on 6c not entered above
Add numbers on lines above: 2

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 73,222 |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see page 21) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | 15b Taxable amount (see page 23) |
| 16a | Pensions and annuities | 16b Taxable amount (see page 24) |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | 1,448 |
| 20a | Social security benefits | 20b Taxable amount (see page 26) |
| 21 | Other income | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** | 74,670 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 28) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see page 29) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN | |
| 32 | IRA deduction (see page 30) | |
| 33 | Student loan interest deduction (see page 33) | 1,156 |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 1,156 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 73,514 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88. EEA Form 1040 (2008)

Form 1040 (2008) RAMON & TABITHA S BYRD                                                                                      Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 73,514 |
| | 39a | Check if: ☐ You were born before January 2, 1944, ☐ Blind. ☐ Spouse was born before January 2, 1944, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 34 and check here ▶ 39b | | |
| **Standard Deduction for—** | c | Check if standard deduction includes real estate taxes or disaster loss (see page 34) ▶ 39c | | |
| | 40 | **Itemized deductions** (from Schedule A) or your **standard deduction** (see left margin) | 40 | 14,947 |
| ● People who checked any box on line 39a, 39b, or 39c **or** who can be claimed as a dependent, see page 34. | 41 | Subtract line 40 from line 38 | 41 | 58,567 |
| | 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see page 36. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 42 | 7,000 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 51,567 |
| | 44 | Tax (see page 36). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 6,934 |
| | 45 | **Alternative minimum tax** (see page 39). Attach Form 6251 | 45 | |
| ● All others: Single or Married filing separately, $5,450 | 46 | Add lines 44 and 45 ▶ | 46 | 6,934 |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 . . . 48 | | |
| | 49 | Credit for the elderly or the disabled. Attach Schedule R . . . 49 | | |
| Married filing jointly or Qualifying widow(er), $10,900 | 50 | Education credits. Attach Form 8863 . . . 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 . . . 51 | | |
| | 52 | Child tax credit (see page 42). Attach Form 8901 if required . . 52 | | |
| | 53 | Credits from Form: a ☐ 8396  b ☐ 8839  c ☐ 5695    53 | | |
| Head of household, $8,000 | 54 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐____  54 | | |
| | 55 | Add lines 47 through 54. These are your **total credits** | 55 | |
| | 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ▶ | 56 | 6,934 |
| **Other Taxes** | 57 | Self-employment tax. Attach Schedule SE | 57 | |
| | 58 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 58 | |
| | 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 | Additional taxes: a ☐ AEIC payments  b ☐ Household employment taxes. Attach Sch. H | 60 | |
| | 61 | Add lines 56 through 60. This is your **total tax** ▶ | 61 | 6,934 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 . . . 62 | 8,141 | FORM 1099 |
| | 63 | 2008 estimated tax payments and amount applied from 2007 return . . . 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | **Earned income credit (EIC)** . . . 64a | | |
| | b | Nontaxable combat pay election . . . 64b | | |
| | 65 | Excess social security and tier 1 RRTA tax withheld (see page 61) . . . 65 | | |
| | 66 | Additional child tax credit. Attach Form 8812 . . . 66 | | |
| | 67 | Amount paid with request for extension to file (see page 61) . . 67 | | |
| | 68 | Credits from Form: a ☐ 2439  b ☐ 4136  c ☐ 8801  d ☐ 8885  68 | | |
| | 69 | First-time homebuyer credit. Attach Form 5405 . . . 69 | | |
| | 70 | Recovery rebate credit (see worksheet on pages 62 and 63) . . 70 | 0 | |
| | 71 | Add lines 62 through 70. These are your **total payments** ▶ | 71 | 8,141 |
| **Refund** | 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you **overpaid** | 72 | 1,207 |
| Direct deposit? See page 63 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 73a | 1,207 |
| | ▶ b | Routing number       ▶c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 61. For details on how to pay, see page 65 ▶ | 75 | |
| | 76 | Estimated tax penalty (see page 65) . . . 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 66)? ☐ Yes. Complete the following. ☒ No | | | |
| | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | | |

**Sign Here**
Joint return? See page 15. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| 65826 | 03-12-2009 | MANAGER | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | |
| 42762 | | MANAGER | |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date 03-12-2009 | Check if self-employed ☐ | Preparer's SSN or PTIN P00184971 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code ▶ | A-MAC ACCOUNTING SERVICE INC 15914 W MCNICHOLS RD DETROIT MI 48235-3143 | EIN 38-2958165 Phone no. 313-342-2280 | |

06-56302-wsd   Doc 41   Filed 08/25/10   Entered 08/25/10 09:18:34   Page 15 of 19

EEA                                                                                                                     Form **1040** (2008)

B202341  48223  IRS USE ONLY  E  WI  70221-036-22939-0  201007 CP: 49
                                     0  0     09



Department of the Treasury  
Internal Revenue Service  
Kansas City, MO 64999-0025

For assistance, call:  
1-800-829-0922  
Your Caller ID: 765847

Notice Number: CP49  
Date: March 1, 2010

181526.696310.0592.013 1 AT 0.357 710

Taxpayer Identification Number:

Tax Form: 1040  
Tax Year: December 31, 2009



RAMON & TABITHA S BYRD  
12696 RIVERVIEW AVE  
DETROIT MI 48223-3020

181526

## Overpaid Tax Applied to Other Taxes You Owe

We applied $304.61 of the overpaid tax on your 2009 tax return to the unpaid balance of other federal taxes which our records show you owe.

You may still be due a refund if we applied only part of your overpayment to other taxes. You also may be due a refund if you recently made a payment against the other taxes that we had not credited when we applied your overpayment. In either case, you will receive a check for any refund due to you as long as the amount is greater than one dollar. You must request a refund of less than one dollar. If you have any questions, please call us at the number listed above.

The figures below show our calculation:

### How We Applied Your Overpayment

| | |
|---|---|
| Amount of Overpaid Tax on Your Return | $3,620.00 |
| Amount of Interest You Earned on Overpayment | $.00 |
| Total Amount Due You | $3,620.00 |
| Total Amount Applied | $304.61 |
| Amount to be refunded Unless You Owe Other Obligations | $3,315.39 |

(Your refund may include interest. Please be aware that interest you receive on tax refunds is taxable income to you in the year you receive it. Please retain this notice for your records.)

### Where We Applied Your Overpayment

| Form(s) | Tax Period(s) | Amount(s) Applied | Balance Remaining |
|---|---|---|---|
| 1040 | December 31, 2005 | $304.61 | $.00 |

The following information may pertain to you if you are currently married or were previously married. Did we use your refund to pay for income taxes that you and a former (or current) spouse owe? If you file a claim, you may be eligible to receive relief from having to pay your former (or current) spouse's income tax debt. A successful claim for relief could change the tax you have to pay. You may not owe anything at all. You could receive your refund or other payments back.

# Form 1040 — U.S. Individual Income Tax Return — 2009

Department of the Treasury - Internal Revenue Service
(99) IRS Use Only - Do not write or staple in this space.
OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2009, or other tax year beginning , 2009, ending , 20

**Label** (See instructions on page 14.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: RAMON    Last name: BYRD
If a joint return, spouse's first name and initial: TABITHA S    Last name: BYRD
Home address (number and street): 12696 RIVERVIEW AVE
City, town or post office, state, and ZIP code: DETROIT MI 48223

You **must** enter your SSN(s) above.

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶ [X] You  [X] Spouse

Checking a box below will not change your tax or refund.

## Filing Status (Check only one box.)

1. [ ] Single
2. [X] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see page 16)

## Exemptions

- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [X] Spouse
- Boxes checked on 6a and 6b: **2**
- No. of children on 6c who: lived with you / did not live with you due to divorce or separation (see page 18)
- Dependents on 6c not entered above
- 6d Total number of exemptions claimed — Add numbers on lines above ▶ **2**

| Dependents: (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Check if qualifying child for child tax credit (see pg 17) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than four dependents, see page 17 and check here ▶ [ ]

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see page 22. Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 36,876 |
| 8a | Taxable interest. Attach Schedule B if required |  |
| 8b | Tax-exempt interest. Do not include on line 8a |  |
| 9a | Ordinary dividends. Attach Schedule B if required |  |
| 9b | Qualified dividends (see page 22) |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 327 |
| 11 | Alimony received |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ |  |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] |  |
| 14 | Other gains or (losses). Attach Form 4797 |  |
| 15a | IRA distributions     15a  1,093    b Taxable amount (see page 24) | 93 |
| 16a | Pensions and annuities  16a         b Taxable amount (see page 25) | 2,851 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E |  |
| 18 | Farm income or (loss). Attach Schedule F |  |
| 19 | Unemployment compensation in excess of $2,400 per recipient (see page 27) | 15,589 |
| 20a | Social security benefits  20a        b Taxable amount (see page 27) |  |
| 21 | Other income |  |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 55,736 |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see page 29) |  |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ |  |
| 25 | Health savings account deduction. Attach Form 8889 |  |
| 26 | Moving expenses. Attach Form 3903 |  |
| 27 | One-half of self-employment tax. Attach Schedule SE |  |
| 28 | Self-employed SEP, SIMPLE, and qualified plans |  |
| 29 | Self-employed health insurance deduction (see page 30) |  |
| 30 | Penalty on early withdrawal of savings |  |
| 31a | Alimony paid  b Recipient's SSN ▶ |  |
| 32 | IRA deduction (see page 31) |  |
| 33 | Student loan interest deduction (see page 34) |  |
| 34 | Tuition and fees deduction. Attach Form 8917 |  |
| 35 | Domestic production activities deduction. Attach Form 8903 |  |
| 36 | Add lines 23 through 31a and 32 through 35 |  |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 55,736 |

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 55,736 |
| | 39a | Check if: ☐ You were born before January 2, 1945, ☐ Blind. ☐ Spouse was born before January 2, 1945, ☐ Blind. Total boxes checked ▶ 39a | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, see pg 35 and check here ▶ 39b ☐ | | |
| | 40a | **Itemized deductions** (from Schedule A) **or your standard deduction** (see left margin) | 40a | 12,400 |
| • People who check any box on line 39a, 39b, or 40b **or** who can be claimed as a dependent, see page 35. | b | If you are increasing your standard deduction by certain real estate taxes, new motor vehicle taxes, or a net disaster loss, attach Schedule L and check here (see page 35) ▶ 40b [X] | | |
| | 41 | Subtract line 40a from line 38 | 41 | 43,336 |
| | 42 | **Exemptions.** If line 38 is $125,100 or less and you did not provide housing to a Midwestern displaced individual, multiply $3,650 by the number on line 6d. Otherwise, see page 37 | 42 | 7,300 |
| • All others: Single or Married filing separately, $5,700 | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 36,036 |
| | 44 | **Tax** (see page 37). Check if any tax is from: **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | 44 | 4,569 |
| | 45 | **Alternative minimum tax** (see page 40). Attach Form 6251 | 45 | |
| Married filing jointly or Qualifying widow(er), $11,400 | 46 | Add lines 44 and 45 ▶ | 46 | 4,569 |
| | 47 | Foreign tax credit. Attach Form 1116 if required ....... 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 .... 48 | | |
| | 49 | Education credits from Form 8863, line 29 ..... 49    1,500 | | |
| Head of household, $8,350 | 50 | Retirement savings contributions credit. Attach Form 8880 ... 50 | | |
| | 51 | Child tax credit (see page 42) ............. 51    0 | | |
| | 52 | Credits from Form: **a** ☐ 8396 **b** ☐ 8839 **c** ☐ 5695  52 | | |
| | 53 | Other credits from Form: **a** ☐ 3800 **b** ☐ 8801 **c** ☐  53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | 54 | 1,500 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 3,069 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: **a** ☐ 4137 **b** ☐ 8919 .... | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required   NO | 58 | 294 |
| | 59 | Additional taxes: **a** ☐ AEIC payments **b** ☐ Household employment taxes. Attach Sch. H | 59 | |
| | 60 | Add lines 55 through 59. This is your **total tax** ▶ | 60 | 3,363 |
| **Payments** | 61 | Federal income tax withheld from Forms W-2 and 1099 .... 61    5,183 | | FORM 1099 |
| | 62 | 2009 estimated tax payments and amount applied from 2008 return .. 62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63 | Making work pay and government retiree credits. Attach Schedule M ... 63    800 | | |
| | 64a | **Earned income credit (EIC)** .......... 64a | | |
| | b | Nontaxable combat pay election ... 64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 ...... 65 | | |
| | 66 | Refundable education credit from Form 8863, line 16 .... 66    1,000 | | |
| | 67 | First-time homebuyer credit. Attach Form 5405 ..... 67 | | |
| | 68 | Amount paid with request for extension to file (see page 72) .. 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see page 72) .... 69 | | |
| | 70 | Credits from Form: **a** ☐ 2439 **b** ☐ 4136 **c** ☐ 8801 **d** ☐ 8885  70 | | |
| | 71 | Add lines 61, 62, 63, 64a, and 65 through 70. These are your **total payments** ▶ | 71 | 6,983 |
| **Refund** | 72 | If line 71 is more than line 60, subtract line 60 from line 71. This is the amount you **overpaid** | 72 | 3,620 |
| Direct deposit? See page 73 and fill in 73b, 73c, and 73d, or Form 8888. | 73a | Amount of line 72 you want **refunded to you.** If Form 8888 is attached, check here.. ▶ ☐ | 73a | 3,620 |
| | ▶ b | Routing number | ype: [X] Checking ☐ Savings | |
| | ▶ d | Account number | | |
| | 74 | Amount of line 72 you want **applied to your 2010 estimated tax** .... ▶ 74 | | |
| **Amount You Owe** | 75 | **Amount you owe.** Subtract line 71 from line 60. For details on how to pay, see page 74 . ▶ | 75 | |
| | 76 | Estimated tax penalty (see page 74) ........... 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see page 75)? ☐ **Yes.** Complete the following. [X] **No** | | | |
| | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See page 15. Keep a copy for your records. | Your signature   65826 | Date  02-05-2010 | Your occupation  MANAGER | Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign.  42762 | Date | Spouse's occupation  MANAGER | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date  02-05-2010 | Check if self-employed ☐ | Preparer's SSN or PTIN  P00194971 |
| | Firm's name (or yours if self-employed), address, and ZIP code | A-MAC ACCOUNTING SERVICE INC  DETROIT       MI    48235-3544 | EIN  38-2958165  Phone no. 313-272-2280 | |

EEA                                         Form **1040** (2009)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Tabitha Shai Byrd

Case No. 06-56302
Judge Walter Shapero
Chapter 13

_____Debtor(s)_____/

**NOTICE OF PROPOSED POST-CONFIRMATION PLAN MODIFICATION PERIOD FOR OBJECTION**

Debtor(s) have filed papers with the court for a PROPOSED MODIFCATION OF PLAN POST-CONFIRMATION
     <u>Your rights may be affected.</u>  You should read these papers over carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)
     If you do not want the court to grant the Proposed Modification of Plan Post-Confirmation, or if you want the court to consider your views on the motion, within 21 days, you or your attorney must:

1.  File with the court a written response or an answer that complies with F.R.C.P. (8)(b), (c) and (e), explaining your position at:

    United States Bankruptcy Court 211 W. Fort Street, Suite 2100 Detroit, Michigan 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

    You must also mail a copy to:

    John A. Steinberger & Associates, P.C.,17515 W. Nine Mile Rd., Ste. 420, Southfield, MI 48075


    TRUSTEE: Tammy L. Terry, 535 Griswold, Suite 2100, Detroit, MI 48226

2.  If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and location of the hearing.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting relief.

Date: 8/24/2010

/s/ _____
Noel Aaron Cimmino P61176
John A. Steinberger & Associates, P.C.
17515 W. 9 Mile Rd. Ste 420
Southfield, MI 48075
(248)559-4055
John@steinbergerlaw.com