UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

Tabitha Shai Byrd

Case No. 06-56302
Judge Walter Shapero
Chapter 13

_____ Debtor(s) _____ /

**CERTIFICATION OF NO RESPONSE**

Noel Aaron Cimmino P61176 of JOHN A. STEINBERGER & ASSOCIATES, P.C., states that he is the attorney for the above named Debtor(s); notices were mailed out to creditor(s) and Trustee on, _August 25, 2010_ regarding the Proposed Modification of Plan Post-Confirmation, and no objections have been properly filed with the Court.

/s/
Noel Aaron Cimmino P61176
John A. Steinberger & Associates, P.C.
17515 W. 9 Mile Rd. Ste 420
Southfield, MI 48075
(248) 559-4055
John@steinbergerlaw.com